IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAR 11 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

VICTOR POLANCO-CABRERA,

  Petitioner,

vs.

UNITED STATES OF AMERICA,

  Respondent.

CASE NO. 10-22312-CIV-GOLD
(06-20329-CR-GOLD)

MAGISTRATE JUDGE P. A. WHITE

## PETITIONER'S MOTION FOR LEAVE TO ENGAGE IN DISCOVERY AND MEMORANDUM OF LAW

  Petitioner Victor Polanco-Cabrera, pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts, moves the Court for permission to conduct discovery on the following grounds:

1. On July 14, 2008, the Petitioner filed with the Office of the Clerk of this Court a motion to vacate, set aside, or correct sentence pursuant to Title 28 U.S.C. Section 2255 together with a supporting memorandum of law and fact. Specifically, the Petitioner placed these documents in the hands of an appropriate corrections official at Coleman Correctional Complex for further processing and delivery to the Clerk's Office via prepaid U.S. Certified Mail, Return Receipt Requested (Tracking/Article No. 7005 0390 0000 8161 8181), and these documents were physically received by the Clerk's Office on July 16, 2008.

2.  On July 14, 2008, the Petitioner also handed a true and correct copy of that § 2255 motion and memorandum over to the same corrections official for further processing and delivery via prepaid U.S. Certified Mail, Return Receipt Requested (Tracking/Article No. 7005 0390 0000 8161 8235) to the Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132-2111.

3.  On July 7, 2010, after discovering and correcting scrivener's errors in the motion and memorandum,[1] the Petitioner once again mailed the § 2255 motion and memorandum to the Office of the Clerk and to the Office of the United States Attorney.

4.  The Respondent filed an Answer to Petitioner's § 2255 motion filed July 7, 2010, and without mentioning its receipt of the same motion back on July 16, 2008, asserts that the instant motion must be denied as untimely. (Doc. 8). The Respondent's argument is premised on its position that the instant motion was not filed until over two years after the conviction became final. (Doc. 8, Pg. 2).

5.  The Petitioner filed a Reply in opposition to Respondent's Answer and asserts, under the penalties of perjury and with exhibits supporting his claim, that the § 2255 motion and memorandum filed July 7, 2010, is not untimely because it relates back to the motion and memorandum filed July 14, 2008, that the instant motion is only a corrected copy of the original motion and memorandum.

6.  On February 18, 2011, the Petitioner received a copy of the

---

[1] The motion failed to include the docket or case number and the memorandum incorrectly listed the docket or case number as "06-2039" rather than "06-20329".

-2-

"Report of the Magistrate Judge" (Doc. 13), which recommends that the § 2255 motion be dismissed as time barred and that the case be closed. (Doc. 13, Pg. 9). The Magistrate Judge's recommendation is premissed on a finding that "equitable tolling" should not be allowed because the Petitioner "has not sustained his burden of proving the factual predicates of this case warrants equitable tolling". (Doc. 13, Pg. 8).

7. Contemporaneous with the filing of the instant motion, the Petitioner has filed his written objections to the Magistrate Judge's Report asserting, among other things, that the original motion was in fact timely filed with the Clerk's Office and, accordingly, equitable tolling should not even be at issue.

8. In order to be able to prove this point, the Petitioner moves for leave to engage in discovery for the purpose of determining what the Clerk's Office did with the Certified Mail it received from Petitoner Polanco-Cabrera on July 16, 2008, and to determine whether the United States Attorney's Office intentionally, inadvertently, or excusably failed to mention or disclose its July 16, 2008 receipt of the § 2255 motion from Petitioner Polanco-Cabrera via Certified Mail.

9. As such, the Petitioner seeks leave of this Court to engage in discovery and requests the Clerk's Office and the United States Attorney's Office to provide clarification of the above-referenced facts, which are necessary to fully set forth his Petition under 28 U.S.C. § 2255.

## MEMORANDUM OF LAW

Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts authorizes the movant in a 28

U.S.C. § 2255 proceeding to conduct discovery under the Federal Rules of Criminal and Civil Procedure, and provides as follows:

**Rule 6. Discovery**

    **(a) Leave of Court Required.** A judge may, for good cause authorize a party to conduct discovery under the Federal Rules of Criminal or Civil Procedure, or in accordance with the practices and principles of law....

    **(b) Requesting Discovery.** When requesting discovery, a party must include a statement of any interrogatories or requests for admission, and a list of any requested documents.

    **(c) Deposition Expenses.** If the government is granted leave to take a deposition, the judge may require the government to pay the travel expenses, subsistence expenses, and fees of the moving party's attorney to attend the deposition.

Pursuant to those provisions, the Petitioner asks the Court for leave to engage in discovery. At this point, the Petitioner specifically would seek discovery of the following documents:

### REQUEST FOR PRODUCTION

Petitioner Victor Polanco-Cabrera requests that the Respondent United States of America produce the following:

    **A). A copy of the documents sent by Victor Polanco-Cabrera and received by the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132-2111 on July 16, 2008, via U.S. Certified Mail, Return Receipt Requested (Tracking/Article No. 7005 0390 0000 8161 8235); and**

    **B). A copy of the documents sent by Victor Polanco-Cabrera and received by the Office of the Clerk for the United States District Court, Southern District of Florida, on July 16, 2008, via U.S. Certified Mail, Return Receipt Requested (Tracking/Article No. 7005 0390 0000 8161 8181).**

Respectfully submitted this 1st day of March, 2011.

                                        /s/ Victor Polanco C.
                                        Victor Polanco-Cabrera
                                        Reg. #76649-004 (Unit B3)
                                        Coleman Low Security
                                        Federal Correctional Complex
                                        P.O. Box 1031
                                        Coleman FL    33521-1031

## DECLARATION

Under the penalties of perjury, I declare that I have read the foregoing Motion for Leave to Engage in Discovery and Memorandum of Law and that the facts stated in it are true.

*/s/ Victor Polanco C.*

Vicotr Polanco-Cabrera
Reg. #76649-004 (Unit B3)
Coleman Low Security
Federal Correctional Complex
P.O. Box 1031
Coleman FL        33521-1031

## CERTIFICAATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Engage in Discovery and Memorandum of Law has been furnished via U.S. Certifed Mail, Return Receipt Requested, to:

Adam Fels, AUSA
U.S. Attorney's Office
99 N.E. 4th Street
Miami FL        33132

on this 1st day of March, 2011.

*/s/ Victor Polanco C.*

Victor Polanco-Cabrera
Reg. #76649-004 (Unit B3)